IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MOORE and FRANK R. FEREZA, JR., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>CONSOL PENNSYLVANIA COAL COMPANY LLC,<br><br>        Defendant. | CASE NO. 2:23-CV-1991<br><br>JURY TRIAL DEMANDED |

**DEFENDANT'S MOTION FOR AN ORDER REQUIRING PLAINTIFFS' COUNSEL TO CEASE AND DESIST FROM IMPROPER SOLICITATIONS**

Defendant CONSOL Pennsylvania Coal Company LLC ("CONSOL PA" or "Defendant") hereby moves entry of an order: (1) against counsel for Plaintiffs Robert Moore and Frank R. Fereza, Jr. ("Plaintiffs") at Nilges Draher LLC ("Plaintiffs' counsel") for their alleged improper solicitations; and (2) requiring them to immediately cease and desist from continued solicitations targeting current and/or former employees of CONSOL PA as well as current and/or former employees of companies affiliated with CONSOL PA. Per the Court's Practices and Procedures Rule II(A), Defendant affirmatively states that this motion has not been discussed with Plaintiffs.

| | |
|---|---|
| **Dated: January 8, 2024** | */s/ Gerald L. Maatman, Jr.*<br>Gerald L. Maatman, Jr.<br>IL 6181016 and NY 4525457<br>Jennifer A. Riley<br>IL 6272366 and NY 5610688<br>DUANE MORRIS LLP<br>190 South LaSalle Street, Suite 3700<br>Chicago, IL 60603<br>Telephone: +1 312 499 6700<br>Fax: +1 312 499 6701 |

E-mail:  gmaatman@duanemorris.com
E-mail:  jariley@duanemorris.com

Jessica Priselac
PA 208524
DUANE MORRIS LLP
625 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222-3112
Telephone: +1 412 497 1046
Fax: +1 215 827 5486
E-mail:  jpriselac@duanemorris.com

Elisabeth G. Bassani
PA 327199
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: +1 215 979 1813
Fax: +1 215 689 0855
E-mail:  ebassani@duanemorris.com
*Pro Hac Vice Motion Forthcoming*

*Attorneys for Defendant CONSOL Pennsylvania Coal Company LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2024 a copy of the foregoing was filed and served through the Court's ECF system. All parties may access a copy of this document through the Court's system.

Shannon M. Draher
Hans A. Nilges
Robi J. Baishnab
Nilges Draher LLC
7034 Braucher Street, NW, Suite B
North Canton, Ohio 44720
Telephone: 330-470-4428
Facsimile: 330-754-1430
sdraher@ohlaborlaw.com
hans@ohlaborlaw.com
rbaishnab@ohlaborlaw.com

*Counsel for Plaintiffs*

By: */s/ Gerald L. Maatman, Jr.*
    Gerald L. Maatman, Jr.