**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT MOORE and FRANK R. FEREZA, JR., individually and on behalf of all others similarly situated, | |
| Plaintiffs, | CASE NO. 2:23-CV-1991 |
| v. | CLASS / COLLECTIVE ACTION |
| CONSOL PENNSYLVANIA COAL COMPANY LLC, | JURY TRIAL DEMANDED |
| Defendant. | |

**DEFENDANT'S AMENDED MOTION FOR AN ORDER REQUIRING PLAINTIFFS'
COUNSEL TO CEASE AND DESIST FROM IMPROPER SOLICITATIONS**

Defendant CONSOL Pennsylvania Coal Company LLC ("CONSOL PA" or "Defendant") hereby moves entry of an order: (1) against counsel for Plaintiffs Robert Moore and Frank R. Fereza, Jr. ("Plaintiffs") and Nilges Draher LLC ("Plaintiffs' counsel") for their alleged improper solicitations; and (2) requiring them to immediately cease and desist from continued solicitations targeting current and/or former employees of CONSOL PA as well as current and/or former employees of companies affiliated with CONSOL PA.  Per the Court's Practices and Procedures Rule II(A), on January 25, 2024, Defendant's counsel notified Plaintiffs' counsel that Defendant would be filing this motion.

**Dated: January 25, 2024**

*/s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.
IL 6181016 and NY 4525457
Jennifer A. Riley
IL 6272366 and NY 5610688
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
Telephone: +1 312 499 6700

Fax: +1 312 499 6701
E-mail:  gmaatman@duanemorris.com
E-mail:  jariley@duanemorris.com

Jessica Priselac
PA 208524
DUANE MORRIS LLP
625 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222-3112
Telephone: +1 412 497 1046
Fax: +1 215 827 5486
E-mail:  jpriselac@duanemorris.com

Elisabeth G. Bassani
PA 327199
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: +1 215 979 1813
Fax: +1 215 689 0855
E-mail:  ebassani@duanemorris.com

*Attorneys for Defendant CONSOL Pennsylvania Coal Company LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 25, 2024 a copy of the foregoing was filed and served through the Court's ECF system.  All parties may access a copy of this document through the Court's system.

**Shannon M. Draher, Esquire**
**Hans A. Nilges, Esquire**
7034 Braucher Street, NW, Suite B
North Canton, Ohio 44720
(T): (330) 470-4428
(F): (330) 754-1430
sdraher@ohlaborlaw.com
hans@ohlaborlaw.com

**Robi J. Baishnab, Esquire**
**Jeffrey J. Moyle, Esquire**
1360 E 9th St., Suite 808
Cleveland, OH 44114
(T): (216) 230-2955
(F): (330) 754-1430
rbaishnab@ohlaborlaw.com
jmoyle@ohlaborlaw.com

*Counsel for Plaintiffs*

By:  *<u>/s/ Elisabeth Bassani</u>*
Elisabeth Bassani