THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MOORE and FRANK R. FEREZA, JR., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>CONSOL PENNSYLVANIA COAL COMPANY LLC,<br><br>        Defendant. | CASE NO. 2:23-CV-1991<br><br>CLASS / COLLECTIVE ACTION<br><br>JURY TRIAL DEMANDED |

## ORDER

Upon review of Defendant CONSOL Pennsylvania Coal Company LLC's Motion To Withdraw Defendant's Motion for an Order Requiring Plaintiffs' Counsel to Cease and Desist From Improper Solicitations (ECF Nos. 34, 36) the Court hereby **GRANTS** the Motion. The clerk is instructed to withdraw ECF Nos. 34 and 36.

BY THE COURT:

1/29/24

_____
WILLIAM S. STICKMAN, IV
UNITED STATES DISTRICT JUDGE