IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| **ROBERT MOORE**, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**CONSOL PENNSYLVANIA COAL COMPANY, LLC,**<br><br>Defendant. | Case No. 2:23-cv-01991-WSS<br><br>Judge William S. Stickman IV |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR COURT-AUTHORIZED NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

Plaintiffs respectfully move this Court for leave to file a Reply in support of their Motion for Court-Authorized Notice Pursuant to 29 U.S.C § 216(b). ECF No. 37. This Motion is made for good-cause and not for the purposes of delay, and no Party will be unduly prejudiced if this Motion is granted.

On February 8, 2024, Defendant filed its Opposition to Plaintiffs' Motion for Court-Authorized notice, to which it attached nine (9) supporting declarations. ECF Nos. 62 to 62-10. Plaintiffs should be permitted to respond to the factual and legal arguments made by Defendant in reliance on these nine (9) declarations. There will be no significant delay, as Plaintiffs will be prepared to file the Reply within 14 days of Defendant's Opposition.

Plaintiffs' Counsel asked Defendant's Counsel if this request could be presented as unopposed. Defendant's Counsel responded that they would agree to a Reply only if Plaintiff reciprocated by agreeing to not oppose a request by Defendant to file a Reply in support of its Motion Amended Cease and Desist Motion. ECF No. 53, 54. Plaintiffs could not agree to this condition. A proposed Order is attached.

Respectfully submitted,

**NILGES DRAHER LLC**

*/s/ Shannon M. Draher*
Shannon M. Draher (OH Bar 0074304)
Hans A. Nilges (OH Bar 0076017)
7034 Braucher Street, NW, Suite B
North Canton, Ohio 44720
Telephone:	330-470-4428
Facsimile:	330-754-1430
Email:	sdraher@ohlaborlaw.com
	hans@ohlaborlaw.com

Robi J. Baishnab (OH Bar 0086195)
1360 E 9th St., Suite 808
Cleveland, OH 44114
Telephone: (216) 230-2955
Facsimile: (330) 754-1430 (Fax)
Email: rbaishnab@ohlaborlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Shannon M. Draher*
*Counsel for Plaintiffs*